UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PAUL MICHA, M.D., an individual,<br><br>                                       Plaintiff,<br>v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA, a Delaware Corporation, GROUP DISABILITY BENEFITS PLAN FOR GYNECOLOGIC ONCOLOGY ASSOCIATES PARTNERS, LLC, a California limited liability company,<br><br>                                       Defendants. | CASE NO.:   09 CV 2753 JM (JMA)<br><br>**ORDER GRANTING MOTION TO STRIKE THE COMPLAINT**<br><br>(Doc. No. 3) |

Plaintiff moves to strike the complaint because of the inadvertent inclusion of privileged documents related to another matter. (Doc. No. 3). Finding good cause, the court hereby GRANTS the motion to strike. The Clerk of the Court shall remove the complaint from the docket. Furthermore, Plaintiff is granted leave to refile the complaint *nunc pro tunc* without the inadvertent inclusion.

IT IS SO ORDERED.

DATED: December 15, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge