1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11   JOHN PAUL MICHA, M.D., an            Case No.  09 CV 2753 JM (JMA)
     individual,
12                                        **ORDER FOR EXTENSION OF**
                        Plaintiff,        **TIME TO RESPOND TO**
13                                        **COMPLAINT**
     v.
14                                        Doc. No. 6
     SUN LIFE ASSURANCE
15   COMPANY OF CANADA, a
     Delaware Corporation, GROUP
16   DISABILITY BENEFITS PLAN
     FOR GYNECOLOGIC
17   ONCOLOGY ASSOCIATES
     PARTNERS, LLC, a California
18   limited liability company,

19                       Defendants.

20

21          Pursuant to the parties Joint Motion, IT IS HEREBY ORDERED that

22   Defendant Sun Life Assurance Company of Canada may have an extension of time

23   to file its response to the Complaint in this matter to and including February 24,

24   2010.

25

26   DATED:  January 25, 2010

27                                        HON. JEFFREY T. MILLER
                                          UNITED STATES DISTRICT JUDGE
28