1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10 John Paul Micha, M.D., | Case No. 09-cv-2753 JM (JMA) |
| 11            Plaintiff, | **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT GROUP DISABILITY BENEFITS FOR GYNECOLOGIC ONCOLOGY ASSOCIATES PARTNERS, LLC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| 12       v. | |
| 13 Sun Life Assurance Company of Canada, et al., | |
| 14            Defendants. | |
| 15 | Doc. No. 10 |

16

17         The Court, having considered the Joint Motion for Extension of Time for Group

18  Disability Benefits for Gynecologic Oncology Associates Partners, LLC ("Group Disability")

19  to Answer or Otherwise Respond to Plaintiff's Complaint (FIRST REQUEST), and finding

20  good cause for granting the joint motion, hereby grants the joint motion.  Defendant Group

    Disability shall respond to the complaint on or before February 24, 2010.

21         IT IS SO ORDERED.

22

23  DATED:   February 12, 2010

    _____

    HON. JEFFREY T. MILLER

24  United States District Judge

25

26

27

28